UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20CR00098 HEA |
| | ) | |
| ASIM MUHAMMAD ALI, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S ENTRY OF APPEARANCE FOR PURPOSES OF FORFEITURE**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Justin M. Ladendorf, Assistant United States Attorney for said District, and hereby enter their appearance as an attorney for the plaintiff, United States of America, with respect to forfeiture matters.

Dated:     April 6, 2026

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Justin M. Ladendorf*
JUSTIN M. LADENDORF, #68558MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
*Justin.Ladendorf@usdoj.gov*